UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 13 PLAN COVER SHEET

| | | | |
|---|---|---|---|
| Filing Date: | **April 30, 2011** | Docket #: | |
| Debtor: | **Vanessa R Merritt** | Co-Debtor: | |
| SS#: | **xxx-xx-3528** | SS#: | |
| Address: | **647 School St<br>Stoughton, MA 02072** | Address: | |
| Debtor's Counsel: | **Douglas M. Surprenant** | | |
| Address: | **40 S. Franklin St<br>Holbrook, MA 02343** | | |
| Telephone #: | **781-767-9300** | | |
| Facsimile #: | **781-767-9303** | | |

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THE LATER OF (i) THIRTY (30) DAYS AFTER THE FIRST DATE SET FOR THE SECTION 341 MEETING, OR (ii) THIRTY (30) DAYS AFTER SERVICE OF A MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**OFFICIAL FORM 3**
**PRE-CONFIRMATION CHAPTER 13 PLAN**

CHAPTER 13 PLAN

Docket No.: _____

DEBTORS:  (H)  **Vanessa R Merritt**          SS#  **xxx-xx-3528**

          (W)  _____          SS#  _____


I. PLAN PAYMENT AND TERM:

Debtor's shall pay monthly to the Trustee the sum of $ **353.00** for the term of:

☒ 36 Months.  11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 Months.  11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 Months.  11 U.S.C. § 1322(d)(2).  Debtor avers the following cause:

_____

☐ ____ Months.  The Debtor states as reasons therefore:

_____


II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Bank of America Home Loans** | **Pre-petition arrears** | $ **1,069.00** |

Total of secured claims to be paid through the Plan  $ **1,069.00**

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **Aurora Loan Services** | Mortgage 18-20 Rifle St Springfield |
| **Bank of America Home Loans** | First Mortgage 647 School St Stoughton |
| **Bank of America Home Loans** | First Mortgage 50 Norfolk St Dorchester |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **Aurora Loan Services** | **18-20 Rifle St Springfield cram down to value** | |
| **Bank of America Loan Services x9918** | **50 Norfolk St Dorchester Second and third mortgages - Will file Motion to determine secured status and avoid lien** | |
| **Bank of America Loan Services x8081** | | **See unsecured section** |

D. Leases:

    i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of
       **-NONE-**
       ; or

    ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of
       **-NONE-**
       .

    iii. The arrears under the lease to be paid under the plan are **0.00**.

## III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | $ | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | $ | |

Total of Priority Claims to Be Paid Through the Plan $ **0.00**

## IV. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): $ **1,300.00**

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | $ | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of **3.47** % of their claims.

A. General unsecured claims: $ **49,086.79**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Aurora Loan Services** | 18 -20 Rifle St Springfield - cram down to value | $ 32,411.00 |
| **Bank of America Home Loans** | Dorchester Second and third mortgages unsecured lien avoidance | $ 150,732.49 |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| Great Lakes Higher Ed | student loans | $ 3,661.00 |
| **Sallie Mae** | student loans | $ 3,315.00 |
| **Sallie Mae** | student loans | $ 2,911.00 |
| **Great Lakes Higher Ed** | student loans | $ 19,572.00 |

Total Unsecured Claims                                                    $ 261,689.28

D. Multiply total by percentage:  $ **9,068.20**
(Example:  Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| **-NONE-** | | $ |

Total amount of separately classified claims payable at ____%        $ 0.00

VI. OTHER PROVISIONS

    A. Liquidation of assets to be used to fund plan:

    B. Miscellaneous provisions:

VII. CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| a) Secured claims  (Section II-A&D Total): | $ | **1,069.00** |
| b) Priority claims  (Section III-A&B Total): | $ | **0.00** |
| c) Administrative claims  (Section IV-A&B Total): | $ | **1,300.00** |
| d) Regular unsecured claims  (Section V-D Total): | $ | **9,068.20** |
| e) Separately classified unsecured claims: | $ | **0.00** |
| f) Total of a + b + c + d + e above: | =$ | **11,437.20** |
| g) Divide (f) by .90 for total including Trustee's fee: | | |
| Cost of Plan= | $ | **12,708.00** |

(This represents the total amount to be paid into the chapter 13 plan)

h. Divide (g), Cost of Plan, by Term of plan,                                **36** months
i. Round up to nearest dollar for Monthly Plan Payment:        $ **353.00**

(Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.
Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **647 School St Stoughton, MA 02072** | $ 292,500.00 | $ 324,946.00 |
| **50 Norfolk St, Dorchester, MA 02124** | $ 203,925.00 | $ 438,059.49 |
| **18-20 Rifle St Springfield, MA 01105** | $ 103,950.00 | $ 136,361.00 |

Total Net Equity for Real Property: $ 0.00
Less Exemptions (Schedule C): $ 0.00
Available Chapter 7: $ 0.00

B. Automobile (Describe year, make and model):

**2001 Ford Explorer with 155000 miles**    Value $ 2,325.00    Lien $ 0.00    Exemption $ 2,325.00

Total Net Equity: $ 2,325.00
Less Total Exemptions (Schedule C): $ 2,325.00
Available Chapter 7: $ 0.00

C. All other Assets (All remaining items on Schedule B): (Itemize as necessary)

**cash**

**MSECU**
**checking xxx000 $25.40**
**checking xxx041 $72.95**

**Rockland Federal credit union**
**checking xxx7555**

**Bank of America**
**checking xxx7042 $1259.23**
**savings xxx7068 $57.98**

**household goods**
**joint $5000**

**clothes**

**jewelry**

**term life - no cash value**

**stocks**
**20 shares H&R Block**

**Insurance check to repair roof**

Total Net Value: $ 9,672.56
Less Total Exemptions (Schedule C): $ 9,672.56
Available Chapter 7: $ 0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ 0.00

E. Additional Comments regarding Liquidation Analysis:

IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Douglas M. Surprenant**  
**Douglas M. Surprenant**  
Debtor's Attorney  
Attorney's Address: **40 S. Franklin St**  
**Holbrook, MA 02343**  
Tel. #: **781-767-9300 Fax:781-767-9303**  
Email Address: **dougcanhelp@aol.com**

**May 1, 2011**  
Date

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

Date **May 1, 2011**        Signature  **/s/ Vanessa R Merritt**  
**Vanessa R Merritt**  
Debtor

# United States Bankruptcy Court
**District of Massachusetts**

In re  **Vanessa R Merritt**                                                         Case No.
                                        Debtor(s)                                    Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May  1, 2011**, a copy of Chapter 13 Plan  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Express**
**American Express**
**Aurora Loan Services**
**Bank of America**
**Bank of America**
**Bank of America Home Loans**
**Bank of America Home Loans**
**Bank of America Home Loans**
**Bank of America Home Loans**
**Cohen & associates**
**Doonan, Graves & Longoria**
**enhanced recovery services**
**Exxon Mobil/Citibank Cards**
**GE Money Bank/GAP**
**GE/JCPenney**
**Great Lakes Higher Ed**
**Great Lakes Higher Ed**
**Home Depot/Citibank**
**Macys**
**MCYDSNB**
**Midlland Credit Management**
**Peter Roberts & Associates**
**Professional Acct Management LLC**
**Sallie Mae**
**Sallie Mae**
**Sears Credit Card Services**
**WFNNB/Ann Taylor**
**WFNNB/EXPRESS**
**WFNNB/Victoria's Secret**

**/s/ Douglas M. Surprenant**
**Douglas M. Surprenant**
**Law Office of Doug Surprenant**
**40 S. Franklin St**
**Holbrook, MA 02343**
**781-767-9300Fax:781-767-9303**
**dougcanhelp@aol.com**